IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOUR DEVICES SEIZED PURSUANT TO THE SEARCH AUTHORIZED BY SEARCH WARRANT CASE NO. 1:23-mj-009 | Case No. 1:23-mj-412<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Eric Eccleston, a Special Agent with the Federal Bureau of Investigation (FBI), Minneapolis Division, being first duly sworn, herby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the FBI since May of 2018, and am currently assigned to the Minneapolis Division, Minot Resident Agency. My duties include, among other things, the investigation of violent crimes and crimes against children occurring within North Dakota. Prior to and during my employment with the FBI, I have investigated and participated in investigations involving state and federal criminal violations related to child exploitation. I have received training in the area of child sexual abuse material and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) hereinafter referred to child sexual abuse material ("CSAM") on computer media.

2. As a Federal Agent, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States.

3. I am submitting this affidavit in support of a search warrant authorizing and extension of 180 days to search four devices seized pursuant to Search Warrant Case No. 1:23-mj-009, from 306 1st Avenue East, New Town, North Dakota 58763 (hereinafter referred to as the subject

premises), and the person of LEO LOCKWOOD JR., that are more particularly described in Attachment A, for the items specified in Attachment B, attached hereto, which constitute instrumentalities, fruits, and evidence of violations of Title 18, United States Code, Sections 2252 and 2252A, as more fully detailed herein. I am requesting authority to search the four devices where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

4. The statements contained in this affidavit are based in part on: information provided by other agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background in law enforcement. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the attached search warrant, it does not contain a comprehensive recitation of all the facts known to me surrounding this investigation, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this affidavit are summarized in substance and in part.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that evidence, instrumentalities, contraband, and/or fruits of violations of Title 18 U.S.C. § 2252(a)(2), 2252(a)(4)(B) and Title 18 U.S.C. § 2252A(a), more particularly described in Attachment B, will be found in these four devices more particularly described in Attachment A.

## APPLICABLE STATUTES

6. Title 18 U.S.C. § 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any visual depiction of minors engaging in sexually explicit conduct, or produced using a minor

engaged in such conduct, when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce, or in or affecting interstate commerce, by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce, and any attempts to do so.

7. Title 18, U.S.C. § 2252A(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in Title 18, U.S.C. §2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce, or in or affecting interstate commerce, by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

8. Title 18 U.S.C. § 2256(2)(A) defines "sexually explicit conduct" as actual or simulated: sexual intercourse, including genital to genital, oral to genital, anal to genital, or oral to anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or the lascivious exhibition of the genitals or pubic area of any person.

9. "Visual depictions" include data stored on computer disk or by electronic means, which is capable of conversion into a visual image. (See Title 18 U.S.C. § 2256(5)).

10. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital to genital, oral to genital, or oral to anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person. (See Title 18 U.S.C. § 2256(2)).

## COMPUTERS AND CSAM

11. The Internet and computer technology have revolutionized the way in which individuals interested in CSAM interact with each other. CSAM formerly was produced using cameras and

film (either still photography or movies). The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images. There were definable costs involved with the production of pornographic images. To distribute these images on any scale required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls.

12. The development of computers and the Internet, including smart phones which act as computers, have changed this paradigm. Computers serve four basic functions in connections with CSAM, namely, production, communication, distribution, and storage.

13. CSAM producers and collectors can now transfer photographic prints made from a film camera into a computer-readable format with a device known as a scanner. With the advent of digital cameras, the images can now be transferred directly from a digital camera onto a computer. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Electronic contact can be made to literally hundreds of millions of computers around the world.

14. The Internet and its World Wide Web afford collectors of CSAM several different venues for obtaining, viewing and trading CSAM in a relatively secure and anonymous fashion.

15. Collectors and distributors of CSAM also use online resources to retrieve and store CSAM, including services offered by Internet portals such as Google and Yahoo Inc. among others. The online services allow a user to set up an account with a remote computing service that provides email services as well as electronic storage of computer files in a variety of formats. A user can set up an online storage account from any computer with access to the Internet. Evidence of such online storage of CSAM is often found on the user's computer.

Graphic image files containing CSAM can be maintained for long periods of time on a computer or electronic storage.

## **CSAM COLLECTOR CHARACTERISTICS**

16. I know based on my training and experience that most individuals who are sexually attracted to children facilitate their sexual arousal through imagery that focuses, in part or in whole, on children. Specifically, these individuals often collect CSAM. These individuals may derive sexual gratification from actual physical contact with children as well as from fantasy involving the use of pictures or other visual depictions of children or from literature describing sexual contact with children. The overriding motivation for the collection of CSAM may be to define, fuel, and validate the collector's most cherished sexual fantasies involving children. Visual depictions may range from fully clothed depictions of children engaged in non-sexual activity to nude or partially nude depictions of children engaged in sexually explicit conduct.

17. In addition to CSAM, these individuals are also highly likely to collect other paraphernalia related to their sexual interest in children. This other material is sometimes referred to as "child erotica," which is defined as any material, relating to children, that serves a sexual purpose for a given individual. It is broader and more encompassing than CSAM, but at the same time the possession of such corroborative material, depending on the context in which it is found, may be behaviorally consistent with the offender's orientation toward children and indicative of his intent. It includes things such as fantasy writings, letters, diaries, drawings, cartoons, and non-sexually explicit visual images of children.

18. CSAM collectors reinforce their fantasies, often by taking progressive, overt steps aimed at turning the fantasy into reality in some or all of the following ways: collecting and organizing their child related material; masturbating while viewing the CSAM; engaging children, online

and elsewhere, in conversations, sometimes sexually explicit conversations, to fuel and fortify the fantasy; interacting, both directly and indirectly, with other likeminded adults through membership in organizations catering to their sexual preference for children thereby providing a sense of acceptance and validation within a community; gravitating to employment, activities, and/or relationships which provide access or proximity to children; and frequently persisting in the criminal conduct even when they have reason to believe the conduct has come to the attention of law enforcement. These are need driven behaviors to which the offender is willing to devote considerable time, money, and energy in spite of risks and contrary to self-interest.

19.     Persons with a sexual interest in children often maintain and possess their material in the privacy and security of their homes or some other secure location, such as a private office or work computer, where it is readily available. The collection may include sexually explicit or suggestive materials involving children, such as photographs, magazines, narratives, motion pictures, video tapes, books, slides, drawings, computer images, computer videos, or other visual media. Because they put so much time and energy into obtaining the material, they do not delete or destroy their collections.

20.     Your affiant is also aware that those who possess CSAM often communicate and trade CSAM with other likeminded criminals over the Internet or through other electronic means.

## NCMEC CYBERTIPLINE

21.     The National Center for Missing and Exploited Children (NCMEC) receives complaints via their CyberTipline from Internet Service Providers (ISPs), Electronic Service Providers (ESPs), and others. These CyberTipline reports are reviewed by a NCMEC analyst and forwarded to Law Enforcement for further investigation on the information provided in the

CyberTipline report. ISPs, ESPs, and others may physically view a picture, video, or any other content that they would then report to NCMEC.

## BACKGROUND OF INVESTIGATION

22.     On June 7, 2022, Special Agent Eric Eccleston, received notice of NCMEC CyberTipline Report 125308871. This report indicated that a Snapchat user, username "titnmilk", self-reported email address leo.lwjr04@gmail.com, had saved, shared, or uploaded four media files depicting apparent CSAM on May 17, 2022, while assigned IP Address 69.55.37.19. IP address 69.55.37.19 was found to be assigned by Reservation Telephone Cooperative (RTC).

23.     FBI Special Agent Amy Chandler reviewed the files that were saved, shared, or uploaded by Snapchat user "titnmilk". SA Chandler described the files as follows:

- An approximately 36-second-long video with the filename "titnmilk-None-b51546d4-5a5c-5995-8fb2-1376330937e2_14-712068b994" depicts what appears to be a prepubescent female, nude from the waist up, with her mouth being penetrated by a penis. The adult male appears to ejaculate on the nude prepubescent female.

- An approximately one minute and two-second-long video with the filename "titnmilk-None-b51546d4-5a5c-5995-8fb2-1376330937e2_14-c1010dcb08" depicts what appears to be a prepubescent female lying on her back with her legs spread apart exposing her genital area. The child's hand is on an erect penis moving her hand up and down. The adult male appears to direct the child how to hold and touch his penis.

- An approximately 48-second-long video with the filename "titnmilk-None-b51546d4-5a5c-5995-8fb2-1376330937e2_18-3179d1e913" depicts what appears to be a young female, nude from the waist up, with an adult male masturbating over her face, and then

ejaculating in her mouth and on her face. The female's age is difficult to determine due to the angle of the video recording.

- An approximately 53-second-long video with the filename "titnmilk-None-b51546d4-5a5c-5995-8fb2-1376330937e2_18-6a0f3afc19" depicts what appears to be a nude prepubescent female lying on a bed on her stomach with her anus and genitals exposed. The child is only wearing white socks. The child is directed by the adult male filming her how to position herself on the bed to expose her genital area. The male then applies a substance to her anus and genital area and exposes the child's genital area to the camera. An object is inserted into her genital area by the male.

24. Pursuant to an administrative subpoena, RTC reported that the subscriber for IP address 69.55.37.19 on May 17, 2022, at 04:29:09 UTC (the date and time that the apparent CSAM was saved, shared, or uploaded) was Leo and Betty Lockwood, address 306 1st Avenue East, New Town, North Dakota 58763, and telephone number (701) 627-4324.

25. On July 14, 2022, Special Agent Eric Eccleston, received notice of multiple linked NCMEC CyberTipline Reports. One of the reports was NCMEC CyberTipline Report 125332391. This report indicated that a Google user, username "Panda ReKt", self-reported mobile phone number 1-701-421-3635, date of birth October 02, 1980, email address jeromelockwood666@gmail.com, alternate email address joselockwood@hotmail.com, had uploaded two media files depicting apparent CSAM, one on October 9, 2018, at 03:46:47 UTC, while assigned IP address 173.0.19.82, and one on May 16, 2022, at 14:27:50 UTC, while assigned IP address 173.0.19.82. The original filename associated with the files was "07203236-7bc5-49f8-9d7a-55a59b2932eb.jpg" which was the same for both files. IP address 173.0.19.82 was found to be assigned by Reservation Telephone Cooperative (RTC). The CyberTipline

Report also indicated that the Google Account had been accessed by IP address 69.55.37.19 (the same IP address as that reported in NCMEC CyberTipline Report 125308871 regarding Snapchat) at least approximately 21 times between August 22, 2021, at 00:05:47 UTC, and April 29, 2022, at 13:58:56 UTC.

26. FBI Special Agent Eric Eccleston reviewed the files that were uploaded by Google user "Panda ReKt". SA Eccleston described the files as follows:

- An image with the filename "report_13764425351042528037.png" and original filename "07203236-7bc5-49f8-9d7a-55a59b2932eb.jpg" depicts what appears to be a nude prepubescent female's exposed genitals and an adult male's penis penetrating the anus of the nude prepubescent female.

- An image with the filename "report_14999068897063032876.png" and original filename "07203236-7bc5-49f8-9d7a-55a59b2932eb.jpg" depicts what appears to be a nude prepubescent female's exposed genitals and an adult male's penis penetrating the anus of the nude prepubescent female.

27. Another of the linked reports was NCMEC CyberTipline Report 125529668. This report indicated that a Google user, username "Crystal Maniac", self-reported date of birth June 22, 1980, email address creeperhead250@gmail.com, alternate email address rockytune70@gmail.com, had uploaded one file depicting apparent CSAM sometime before May 20, 2022, at 07:49:36 UTC. The original filename associated with the file was "07203236-7bc5-49f8-9d7a-55a59b2932eb.jpg" which was the same original filename as those described above that were associated with Google Username "Panda ReKt".

28. FBI Special Agent Eric Eccleston reviewed the file that was uploaded by Google user "Crystal Maniac". SA Eccleston described the files as follows:

- An image with the filename "report_11469147347252856860.png" and original filename "07203236-7bc5-49f8-9d7a-55a59b2932eb.jpg" depicts what appears to be a nude prepubescent female's exposed genitals and an adult male's penis penetrating the anus of the nude prepubescent female.

29. All three of the files described in paragraphs 26 and 28 appear to be the same image.

30. Pursuant to an administrative subpoena, Snapchat reported that username "titnmilk" was registered to email address leo.lwjr04@gmail.com. IP address 173.0.19.82 (the same IP address assigned to Google user "Panda ReKt" when the apparent CSAM was uploaded) was used to create the Snapchat account. Snapchat also reported that the following IP addresses, among others, were used to sign into the Snapchat account at the following times: 174.199.33.123 on May 12, 2022, at 06:58:34 UTC, 174.199.67.131 on April 26, 2022, at 01:57:34 UTC, and 174.219.16.215 on September 4, 2021, at 21:28:32 UTC. These IP addresses were found to be IP addresses that were assigned by Verizon Wireless.

31. Pursuant to an administrative subpoena, Google reported that the Google account associated with email address leo.lwjr04@gmail.com, had been logged into by a device assigned IP address 2600:1014:b05f:144:865:a59d:8b0f:3717 on February 11, 2022, at 15:49:27 UTC, which was another IP address assigned by Verizon Wireless.

32. NCMEC CyberTipline Report 125332391 (regarding Google user "Panda ReKt" above) also showed that the "Panda ReKt" account had a login from IP address 2600:1014:b05d:2ec4:3837:47f7:3157:38e2 on December 17, 2021, at 16:41:02 UTC, which resolved to Verizon.

33. Pursuant to administrative subpoenas issued to Verizon, Verizon reported that IP address 2600:1014:b05d:2ec4:3837:47f7:3157:38e2, was associated with phone number 701-421-3635

(the same phone number that was self-reported on the "Panda ReKt" account), on December 17, 2021, from 16:21 UTC to 22:20 UTC. Verizon reported following subscriber information associated with 701-421-3635

    a. Name: Jerome Lockwood
    b. Address: 306 1st St NW, New Town, ND
    c. Home Phone: 701-421-0034
    d. Work Phone: 701-421-0034
    e. Service Effective: 9 April 2021
    f. Account Type: Prepaid
    g. Account Number: 1068311749
    h. IMEI: 353107104503582
    i. IMSI: 311480635300174
    j. Device Name: Iphone XS Max 256GB Silver

Verizon also reported that IP address 2600:1014:b05f:144:865:a59d:8b0f:3717 (the IP address used to login to the leo.lwjr@gmail.com Google Account), was associated with phone number 701-421-2586, on February 11, 2022, from 13:44 UTC to 19:44 UTC (a time frame within which the Google Login did occur). Verizon reported the following subscriber information associated with 701-421-2586

    a. Name: Betty Lockwood
    b. Address: PO Box 763, 306 1st St NW, New Town, ND
    c. Service Effective: 8 August 2019
    d. Account Type: Postpaid
    e. Account Number: 986710081-1
    f. IMEI: 357261099710912
    g. IMSI: 311480482782050
    h. Device Name: Iphone XS Max 256GB Gray

34. Pursuant to an administrative subpoena, records received from Google showed that email address leo.lwjr@gmail.com was created on July 16, 2020, at 04:37:29 UTC, and the Terms of Service IP was logged as 173.0.19.82 (the same IP address that was used to create the above Snapchat account, "titnmilk", and that was used when Google user "Panda ReKt" uploaded the apparent CSAM).

35. According to another linked NCMEC CyberTipline Report, Report Number 103562345, a Facebook user who had the following reported identifying information: Jerome Lockwood, mobile phone number 1-701-421-3635, date of birth October 2, 1983, email address joselockwood@hotmail.com, username Jerome.lockwood.7, and IP address 69.55.37.19 (the same IP address as that reported in NCMEC CyberTipline Report 125308871 regarding Snapchat and that was used to access the Google "Panda ReKt" account from NCMEC CyberTipline Report 125332391 numerous times) was the recipient of apparent CSAM from another Facebook user believed to have been located in the Phillipines on April 29, 2018, at 07:24:04 UTC. The CSAM was reportedly shared through Messenger, a Facebook chat service/instant messaging client. SA Eric Eccleston was not able to review the reported CSAM files and has therefore not been able to confirm that these files contain images or videos that would fall under the definition of CSAM described above.

36. Three Affiliated Tribes tribal enrollment records list 306 1st Avenue East, New Town, ND 58763, as an address for JEROME LOCKWOOD and 732 1st Avenue East – Bakersfield, New Town, ND 58763, as an address for LEO LOCKWOOD, JR., 732 1st Avenue East – Bakersfield, New Town, ND 58763, is believed to be the same residence and location as 306 1st Avenue East, New Town, ND 58763, with a different numerical address designated by tribal entities than that of the 911 address.

37. On July 21, 2022, SA Eric Eccleston conducted surveillance near 306 1st Avenue East, New Town, North Dakota 58763, and viewed the Wi-Fi networks available in the area. SA Eccleston observed that all Wi-Fi access points were secured, or password protected.

38. A search of 306 1st Avenue East, New Town, North Dakota 58763, was conducted on January 10, 2023. Eight digital devices were seized and transferred to the custody of the North

Dakota Bureau of Criminal Investigation (BCI) for examination. Four of these devices were able to be searched and these devices did not contain any evidence and were subsequently returned to their owner. The remaining four devices were not searched prior the passage of 180 days. The North Dakota BCI Examiner indicated that due to current workload, the search of the remaining four devices has not yet been completed.

39.     During an interview of LEO LOCKWOOD, JR., on January 10, 2023, he confirmed that he posted photos to a Snapchat group and someone in the group noticed that some of the images were underage girls having sex. LEO LOCKWOOD, JR., confirmed that his Snapchat username was "titnmilk" and that the Google user "Panda ReKt" belongs to JEROME LOCKWOOD. LEO LOCKWOOD, JR., also reported that he had accessed JEROME LOCKWOOD's phone and went into JEROME LOCKWOOD's Google Photos account and sent the photos from JEROME LOCKWOOD's account to himself. LEO LOCKWOOD, JR., confirmed that he saw photos of JEROME LOCKWOOD's ex-girlfriend, who was under 18 years old when they were taken, and there was a video of her on Facetime with JEROME LOCKWOOD while she was masturbating and LEO LOCKWOOD, JR., wanted the video. LEO LOCKWOOD, JR., also reported that he found other videos on JEROME LOCKWOOD's phone and that some of the images were of really young people. LEO LOCKWOOD, JR., described one of the videos as a kid that was almost like a toddler, LEO LOCKWOOD, JR., later indicated he meant eight or nine years old when he said toddler, somewhere in a third world country and it was really gross. LEO LOCKWOOD, JR., described another video as a smaller girl, who was maybe around eight or nine years old and she wasn't taller than the five foot range. The girl was faced toward the camera with her legs open on a bed and she was not wearing clothes and there was no one else in the picture. LEO LOCKWOOD, JR., confirmed that he watched the video of the eight or nine

year old that was on JEROME LOCKWOOD's Google Photos account and that the girls vagina was visible but it wasn't super clear. LEO LOCKWOOD, JR., indicated that he believed he probably had less than 100 videos of kids or people under 18 engaged in sexual acts.

## CONCLUSION

40.  Based on the foregoing, your Affiant requests that the court issue the proposed warrant, authorizing an extension of 180 days to search of the four devices which were seized from the SUBJECT PREMISES of 306 1st Avenue East, New Town, ND 58763, also known as 732 1st Avenue East – Bakersfield, New Town, ND 58763, and the person of LEO LOCKWOOD, JR., (pursuant to Search Warrant Case No. 1:23-mj-009), which are further described in Attachment A, for violations of the specified federal offenses. Pursuant to the search warrant, your Affiant asks that the search warrant allow law enforcement to forensically examine these four devices, that are currently in the custody of North Dakota BCI, for evidence.

Respectfully submitted,

Eric Eccleston
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS ___3rd___ DAY OF AUGUST, 2023.

HONORABLE CLARE R. HOCHHALTER
United States Magistrate Judge